UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA BAUMGART COBB, | No. 2:15-cv-02527-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| HAROLD DIGGS & KAREN DIGGS, | |
| Defendants. | |

On December 4, 2015, defendants Harold Diggs and Karen Diggs (collectively "defendants") filed a notice to remove this case from state court to federal court. ECF No. 1 ("Notice"). Additionally, defendants filed motions to proceed in forma pauperis (IFP). ECF Nos. 3 and 4. Plaintiff Cobb has filed a motion to remand the case to state court. ECF No. 5. The issue in this case is one of unlawful detainer. *See* Notice. The amount in controversy is less than $25,000, and the alleged claim against defendant is for failure to comply with California Civil Procedure Code § 1161(2). *Id*.

When a case "of which the district courts of the United States have original jurisdiction" is initially brought in state court, a defendant may remove it to federal court. 28 U.S.C. § 1441(a). There are two bases for federal subject matter jurisdiction: (1) federal

1

question jurisdiction under 28 U.S.C. § 1331, and (2) diversity jurisdiction under 28 U.S.C. § 1332.  A federal district court may remand a case *sua sponte* where a defendant has not established federal jurisdiction.  *See Enrich v. Touche Ross & Co.*, 846 F.2d 1190, 1195 (9th Cir. 1988) (citing *Wilson v. Republic Iron & Steel Co.*, 257 U.S. 92, 97 (1921)).  Indeed, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."  28 U.S.C. § 1447(c).

Here, the court finds the case should be remanded to the Solano County Superior Court.  Because the amount in controversy is less than $75,000, and the claims turn on state law questions, removal is improper because this court does not have subject matter jurisdiction under 28 U.S.C. § 1331 or § 1441.

I.    CONCLUSION

Plaintiff's motion to remand is GRANTED and this case is remanded to Solano County Superior Court.  Defendants' IFP motions are DENIED as MOOT.

IT IS SO ORDERED.

DATED: January 11, 2016

_____
UNITED STATES DISTRICT JUDGE